RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 10/16/09
BY___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DONALD K. SMITH<br>LA. DOC #337578<br>VS. | CIVIL ACTION NO. 09-1027<br><br>SECTION P<br><br>JUDGE ROBERT G. JAMES |
| WARDEN JIMMY SHIVERS, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B);

**MONROE, LOUISIANA,** this 15 day of October, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE